# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand twenty-five.

_____

Council for Responsible Nutrition,

         Plaintiff - Appellant,

    v.

Letitia James, in her official capacity as New York Attorney General,

         Defendant - Appellee.

_____

**ORDER**

Docket No. 24-1343

IT IS HEREBY ORDERED that Public Health Researchers, Healthcare Providers, and Advocacy Organizations Focused on Eating Disorders' motion for leave to file an addendum to their amicus brief (docket entry 41) is DENIED as moot in light of the opinion filed on November 13, 2025.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

